**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| ELVIS J. RUSNAK,<br><br>     Petitioner,<br><br>vs.<br><br>JOSHUA M. AMBUSH, LLC and<br>JOSHUA M. AMBUSH<br><br>     Respondents. | Civil Action No. 1:26-cv-1262 |

**MOTION TO FILE EXHIBIT A TO ELVIS J. RUSNAK'S PETITION TO CONFIRM ARBITRATION AWARD AND NOTICE OF APPLICATION FOR ORDER TO CONFIRM ARBITRATION AWARD UNDER SEAL**

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 105.11, Petitioner Elvis J. Rusnak, through counsel, moves to file under seal a non-redacted version of Exhibit A to Petitioner's Petition to Confirm Arbitration Award and Notice of Application for Order to Confirm Arbitration Award (ECF No. 1).

The redacted information reflects attorney-client privileged information and if disclosed could result in material financial harm to Mr. Rusnak. District courts have authority to seal court documents "if the public's right of access is outweighed by competing interests." *Ashcroft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000).

For the foregoing reasons, Petitioner respectfully requests that the Court grant their motion to file under seal the above-referenced submissions, and any further relief as deemed just and proper.

Dated: March 31, 2026     Respectfully submitted,

           */s/ Robert A. Braun*

Robert A. Braun (D. Md. Bar No. 22059)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, 8th Fl.
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
rbraun@cohenmilstein.com

*Attorney for Petitioner Elvis J. Rusnak*