# EXHIBIT 1

The Wayback Machine - https://web.archive.org/web/20260217000210/http://www.tcmrslaw.com/

# Welcome to Our Law Firm - ¡Bienvenidos!



## Solutions for Clients

Our complementary legal practices allow us to meet the wide-ranging needs of our clients.



**EXCELLENT LEGAL SERVICES**

**DEVELOPMENTS (DEVELOPMENTS.PHP)**

READ MORE ➞ (ABOUT.

## Our Professionals

Our firm is composed of excellent, committed and highly competent individuals.

**OUR ATTORNEYS (ATTORNEYS.PHP)**



## Lasting Relationships

Our work is characterized by a strong sense of duty and loyalty to our clients.

**OUR CLIENTS (CLIENTS.PHP)**

# EXCELLENCE IN THE LEGAL PROFESSION SINCE 1998.

PRACTICE AREAS (PRACTICES.PHP)



# ¡Bienvenidos!

At Toro, Colón, Mullet, P.S.C. (TCM) we strive to provide excellent legal services to private and public enterprises, and individuals in various areas of the law; efficiently delivering high-quality work to advance, protect and defend their interests.

Our work is concentrated on business, corporate, taxes, real estate, intellectual property, entertainment, environmental, natural resources, land use and planning law, labor and employment law. We also handle civil and commercial litigation in Puerto Rico and federal courts, and represent clients in federal and local administrative agency proceedings.

In our efforts to give back to our community and continue to explore and create opportunities within the dynamic and multi-cultural business environment that surrounds us, TCM has actively pursued memberships and affiliations with organizations that promote economic development and greater diversity and inclusion in the legal profession and in business relationships in general.





# (787) 751-8999

Call Us Today

## Get In Touch

🌐  416 Ponce de León Avenue

Union Plaza, Suite 311

San Juan, Puerto Rico 00918-3430

📞  787-751-8999

mcarrasquillo@tcm.law (https://web.archive.org/web/20260217000210/mailto:mcarrasquillo@tcm.law)

**in**

(https://web.archive.org/web/20260217000210/https://www.linkedin.com/company/5280229?

trk=prof-

exp-

company-

**f**   name)

## Our Firm

A group of like-minded entrepreneurial attorneys with complementary legal practices, founded TCM almost 20 years ago, after working together at Puerto Rico's largest law firm, McConnell Valdés.

## Important Emails

**President**:

Rafael Mullet-Sánchez - rem@tcm.law (https://web.archive.org/web/20260217000210/mailto:rem@tcm.law)

**Recruitment**:

Carlos E. Colón Franceschi - ccf@tcm.law (https://web.archive.org/web/20260217000210/mailto:ccf@tcm.law)

**Office Administrator**:

Marisol Carrasquillo-Nolasco - mcarrasquillo@tcm.law

(https://web.archive.org/web/20260217000210/mailto:mcarrasquillo@tcm.law)

**Billings & Collections**:

Olga Carrasquillo-Nolasco - ocarrasquillo@tcm.law

(https://web.archive.org/web/20260217000210/mailto:ocarrasquillo@tcm.law)

---

© 2019 Toro Colón Mullet, P.S.C. All Rights Reserved.