# EXHIBIT 2

CORPORATION INFORMATION

# Corporation Information

**TORO COLÓN MULLET, P.S.C.**

| **Details** | **Articles** | **Annual Filings** | **Certificates** |

## General Information

| | |
|---|---|
| Name | TORO COLÓN MULLET, P.S.C. |
| Register No. | 1979 |
| Status | ACTIVE |
| Class | Professional Corporation |
| Type | For Profit |
| Jurisdiction | Domestic |
| Formation Date | 27-Dec-2001 12:00 AM |
| Effective Date | 27-Dec-2001 12:00 AM |
| Expiration Date | Does not expire |

## Designated Office

| | |
|---|---|
| Street Address | Union Plaza Suite 311, 416 Ponce de Leon Ave, San Juan, PR, 00918-3430 |
| Mailing Address | Union Plaza Suite 311, 416 Ponce de Leon Ave, San Juan, PR, 00918-3430 |

## Resident Agent

| | |
|---|---|
| Name | Fernandez , Manuel (Individual) |
| Street Address | Union Plaza Suite 311, 416 Ponce de Leon Ave., San Juan, PR, 00918 |
| Mailing Address | Union Plaza Suite 311, 416 Ponce de Leon Ave., San Juan, PR, 00918 |

# Officers

| Name | Title | Address |
|------|-------|---------|
| Toro Morales, Jose R | Treasurer | Union Plaza, Suite 311, Ponce De Leon Avenue, SAN JUAN, PR, 00918<br>Union Plaza, Suite 311, Ponce De Leon Avenue, SAN JUAN, PR, 00918 |
| Lopez , Analynn M | President | Union Plaza, Suite 311, Ponce de Leon Avenue, SAN JUAN, PR, 00918<br>Union Plaza, Suite 311, Ponce de Leon Avenue, SAN JUAN, PR, 00918 |
| RIVERA YANKOVICH, RAFAEL | Secretary, Treasurer | Union Plaza, Suite 311, Ponce De Leon Avenue, SAN JUAN, PR, 00918<br>Union Plaza, Suite 311, Ponce De Leon Avenue, SAN JUAN, PR, 00918 |

# Incorporators

Not Available.

# Capital Stock

Not Available.

# Purpose

Unknown

← Return to Search Results

**Actions**

File 2025 Annual Report

File Prior Year(s) Annual Report

Order Certificate of Good Standing

Order Certificate of Existence

Amend Entity

Dissolve Entity

Convert

Merge

Consolidate

Manage Access

Payment Plan

Bingo License Application

New Creation Correction