# EXHIBIT 3

# USPS Tracking®

FAQs >

Remove X

**Tracking Number:**

## 9589071052701421472732

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 3:09 pm on April 6, 2026 in SAN JUAN, PR 00918.

---

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

SAN JUAN, PR 00918
April 6, 2026, 3:09 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                              ⌄

---

**USPS Tracking Plus®**                               ⌄

---

**Product Information**                               ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

Feedback

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs