# EXHIBIT 4





# CONTACT US

**Name** *

| First Name | First Name |
|---|---|

**Relationship to Service Person** *

**Cell Number** *                                    **Email** *

**My injuries are physical** *                        **I received a Purple Heart** *

☐ YES                                                ☐ YES

☐ NO                                                 ☐ NO

**I have a V.A. disability rating** *                 **My V.A. rating is** *

☐ YES

☐ NO

☐ I am human

hCaptcha
Privacy - Terms

Send

Thank you for visiting our website and for your interest in Ambush Law. Nothing on this website should be considered legal advice. Rather, all information on this website and on all other Ambush Law social media platforms is offered for general information only.

Use of this website does not constitute or create an attorney-client relationship. An attorney-client relationship with Ambush Law can only be established by an express written representation agreement signed by you and Ambush Law.

Joshua M. Ambush, LLC
106 Old Court Road
Suite 303
Baltimore, MD. 21208
410-484-2070

HOME          CONTACT US

Copyright © 2025. Ambush Law - All rights reserved.