# EXHIBIT 5

MISSION & VISION       JOBS       SITE INDEX       ACCESSIBILITY

English ⌄

# MARYLAND COURTS
## Fair, Efficient, & Effective Justice For All

Opinions Search    Search
Tips

COURTS          COURT HELP          E-SERVICES          LAWYERS          MEDIA

COMMUNITY

# Maryland Attorney Listing

This listing is an index of all attorneys who have been admitted to the bar in the State of Maryland. The list includes attorneys authorized to practice, as well as those who may no longer be authorized to practice because they are on inactive/retired status, are serving as judges, or because of a disciplinary or administrative action that affects their eligibility to practice. Any attorney whose status is listed as "active" is considered in good standing and is authorized to practice law.

If you are unable to find a name you are searching for, or if you have questions about the listing, please contact the **Supreme Court of Maryland's Clerk's Office at 410-260-1500**.  The Maryland Judiciary provides this information as a public service. Information contained in this listing is believed to be accurate but is not guaranteed.

To search the attorney listing:

- Partial names can be entered. Enter as many known characters of the last name as possible. If you are unsure of the spelling, click the "similar last names" check box.

- Do not include abbreviations such as Jr. and Sr. in the last name field.

- Search results are limited. Enter a partial or full first name to reduce the number of matches.

The information displayed is drawn from the Attorney Information System (AIS). Changes made to AIS may not appear immediately on this list. The data is refreshed regularly and changes made in AIS should appear within approximately one hour.

# Attorney Search

ambush          ☐ (check for similar last names)

joshua

[Search]    New Search

Found 1 match(es).

| Atty ID | Last Name | First Name | Address | Phone | Admitted | Status |
|---------|-----------|------------|---------|-------|----------|--------|
| 0012120011 | AMBUSH | JOSHUA M. | JOSHUA M. AMBUSH LLC 106 OLD COURT RD., STE 303 BALTIMORE, MD 21208 | (410) 484-2070 | 12/12/2000 | Active |

**YOU ARE IN:**

Lawyers

*Amicus Curiarum*

Appointed Attorneys Program

Attorney Grievance Commission

Case 1:26-cv-01262-JRR     Document 5-5     Filed 04/10/26     Page 4 of 5

Attorney Information System (AIS)

Attorney Listing

Attorney Compliance Requirements

A Report on Mandatory CLE in Maryland – Request for Comments

Bar Associations

Board of Law Examiners

Certificate of Good Standing

Change of Address

Client Protection Fund

Commission on Judicial Disabilities

Disciplinary Actions

E-Filing

Guardianship Proceedings

Judicial Vacancies

Legal Resources

Pro Bono

Rules Committee/Rules Orders



CONTACT US

Copyright © 2026 Maryland Judiciary. All rights reserved. Terms of Use/Disclaimer