# EXHIBIT 6

## JOSHUA M. AMBUSH, LLC: W07500770

> ⚠ **Notice**        ✕
>
> The Annual Report filing deadline is midnight on Wednesday, April 15th, 2026. **Please go HERE to file your Annual Report.**

| | |
|---|---|
| Department ID Number: | W07500770 |
| Business Name: | JOSHUA M. AMBUSH, LLC |
| Principal Office:  | 106 OLD COURT ROAD<br>SUITE 303<br>BALTIMORE MD 21208 |
| Resident Agent:  | JOSHUA M. AMBUSH, ESQ<br>106 OLD COURT ROAD<br>SUITE 303<br>BALTIMORE MD 21208 |
| Status: | REVIVED |
| Good Standing: | THIS BUSINESS IS IN GOOD STANDING |
| Business Type: | DOMESTIC LLC |
| Business Code: | 20 ENTITIES OTHER THAN CORPORATIONS |
| Date of Formation/ Registration: | 06/26/2003 |
| State of Formation: | MD |
| Stock Status: | N/A |
| Close Status: | N/A |