# EXHIBIT 7



AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

**COMMERCIAL ARBITRATION RULES
DEMAND FOR ARBITRATION**

---

**Mediation:** If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box ☐. There is no additional administrative fee for this service.

You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement.

Name of Respondent: **Elvis J. Rusnak**

Address: **9 Shady Mill Lane**

| City: **Milford** | State: **New Jersey** ▼ | Zip Code: **08848** |
|---|---|---|
| Phone No.: **202-341-6227** | Fax No.: | |

Email Address: **flyingelvis2018@gmail.com**

Name of Representative (if known):

Name of Firm (if applicable):

Representative's Address:

| City: | State: **Select...** | Zip Code: |
|---|---|---|
| Phone No.: | Fax No.: | |

Email Address:

The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

Brief Description of the Dispute:

**Breach of attorney representation agreement, collection of attorneys' fees owed, provisional remedies. See Statement of Claim and Attachments.**

Dollar Amount of Claim: $ **2,187,657.13**

Other Relief Sought: ☑ Attorneys Fees  ☑ Interest  ☑ Arbitration Costs  ☐ Punitive/Exemplary
☑ Other: **Equitable remedies.**

Amount enclosed: $ **$7,925**

In accordance with Fee Schedule: ☐ Flexible Fee Schedule  ☑ Standard Fee Schedule

Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:

**Knowledge of attorney representation agreements, contingent fees, attorney charging liens.**

Hearing locale: **Baltimore, Maryland**

(check one) ☐ Requested by Claimant  ☑ Locale provision included in the contract

---



**AMERICAN ARBITRATION ASSOCIATION®** | **INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®**

**COMMERCIAL ARBITRATION RULES
DEMAND FOR ARBITRATION**

| | | |
|---|---|---|
| Estimated time needed for hearings overall: | hours or **1** | **days** |

Type of Business:

Claimant: **Law Firm**          Respondent:

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other?
**No**

| Signature (may be signed by a representative): | Date: |
|---|---|
| **/s/ Ángel Sosa** | **January 3, 2025** |

Name of Claimant: **Joshua M. Ambush, LLC; Joshua M. Ambush, Esq.**

Address (to be used in connection with this case): **106 Old Court Rd Suite 303**

| City: **Baltimore** | State: **Maryland** ▼ | Zip Code: **21208** |
|---|---|---|
| Phone No.: **410-484-2070** | Fax No.: | |

Email Address: **jambush@ambushlaw.com**

Name of Representative: **Ángel Sosa**

Name of Firm (if applicable): **Toro Colón Mullet, P.S.C.**

Representative's Address: **Po Box 195383**

| City: **San Juan** | State: **Select...** ▼ | Zip Code: **00919** |
|---|---|---|
| Phone No.: **787-751-8999** | Fax No.: **7877637760** | |

Email Address: **asosa@tcm.law**

To begin proceedings, **please file online at www.adr.org/fileonline.** You will need to upload a copy of this Demand and the Arbitration Agreement, and pay the appropriate fee.

**AMERICAN ARBITRATION ASSOCIATION**

| | | |
|---|---|---|
| Joshua M. Ambush, LLC, and Joshua M. Ambush, Esq., <br><br> Claimants <br><br> v. <br><br> Elvis J. Rusnak, <br><br> Respondent | | Case No.: AAA-_____ |

## STATEMENT OF CLAIM

**To the American Arbitration Association:**

Come now, Joshua M. Ambush, LLC ("Ambush LLC") and Joshua M. Ambush, Esq. ("Mr. Ambush") (jointly, the "Claimants" or "Ambush"), represented by the undersigned counsel, and very respectfully state, allege and prays as follows:

I.    **Jurisdiction**

1. This forum and the arbitrator have jurisdiction based on the "Attorney Representation Agreement" (the "Agreement") signed between the parties between the 21st and the 23rd of February of 2017. The Agreement is controlling in terms of the Governing Forum and the Governing law. Pursuant to the Agreement, the parties agreed that any dispute concerning the Agreement or the services rendered shall be arbitrated in Baltimore, Maryland, in accordance with the rules of the American Arbitration Association, and shall be governed by Maryland law. See Attachment 1, Agreement, p. 4, ¶¶ 25 and 26.

## II.   The parties

### a.  Claimants

2. Joshua M. Ambush, LLC, is a limited liability company organized under the laws of Maryland, with address at 106 Old Court RD, Suite 303, Baltimore, Maryland 21208, telephone number 410-484-2070, and email jambush@ambushlaw.com.

3. Joshua M. Ambush, Esq., is of legal age, attorney, resident of Baltimore, Maryland, with postal address at 106 Old Court RD, Suite 303, Baltimore, Maryland 21208, telephone number 410-484-2070, and email jambush@ambushlaw.com.

### b. Respondent

4. Elvis J. Rusnak, formerly known as Michael J. Rusnak ("Rusnak"), is of legal age, resident of New Jersey, with address at 9 Shady Mill Lane, Milford, NJ 08848, telephone number 631-839-4404, and email flyingelvis2018@gmail.com.

## III.   Facts

5. Rusnak entered into the Agreement with Ambush on February 21st, 2017. See Attachment 1, p. 5.  Pursuant to the terms of the Agreement, Ambush would provide legal services to Rusnak and represent him in a claim against the Islamic Republic of Iran for its material support of the terrorist attack on June 25, 1996, against the military housing complex known as Khobar Towers, located in Saudi Arabia. See Attachment 1, Agreement, p. 1.

6. an order to Rusnak to renew the judgement every 12 years until he has collected the full amount of the Unpaid Judgment and paid the agreed attorneys' fees in full.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this January 3rd, 2025.

**Toro Colón Mullet, P.S.C.**
P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

**/s/ Ángel Sosa**
Mr. Ángel Sosa
DC Bar No. 1,000,094
E-mail: asosa@tcm.law