# EXHIBIT 8

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove X

## 95890710527014214721472756

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

### Latest Update

We attempted to deliver your item at 3:28 pm on April 7, 2026 in PIKESVILLE, MD 21208 and a notice was left because an authorized recipient was not available.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivery Attempt**
**Notice Left (No Authorized Recipient Available)**

PIKESVILLE, MD 21208
April 7, 2026, 3:28 pm

**Redelivery Scheduled for Next Business Day**

PIKESVILLE, MD 21208
April 4, 2026, 11:12 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                                           ⌄

**USPS Tracking Plus®**                                            ⌄

**Product Information**                                            ⌄

**See Less** ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**