# EXHIBIT 9

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove X

## 95890710527014214472749

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

### Latest Update

Your item was delivered to an individual at the address at 3:50 pm on April 4, 2026 in BALTIMORE, MD 21215.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**

BALTIMORE, MD 21215
April 4, 2026, 3:50 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs