# EXHIBIT 10

| **From:** | Robert A. Braun |
| **To:** | "Angel Sosa"; Nayda Pérez Román |
| **Subject:** | 1:26-cv-01262 - Rusnak v. Joshua M. Ambush, LLC et al |
| **Date:** | Tuesday, March 31, 2026 5:48:00 PM |
| **Attachments:** | Dist.Md._1-26-cv-01262_combined.pdf |
| | Dist.Md._1-26-cv-01262_2.pdf |
| | image001.png |

Angel and Nayda,

Please find attached courtesy copies of the attached petition to confirm arbitration award and summons on Joshua Ambush and Joshua M. Ambush, LLC ("Ambush"). To the extent you will not represent Ambush in connection with this suit, please advise—including so that we can provide Ambush (or his counsel) with a courtesy copy directly.

Best,
Robby

**Robert A. Braun**
Partner



**Cohen Milstein Sellers & Toll PLLC**

1100 New York Ave. NW  | Suite 800
Washington, DC 20005

phone 202.408.4600

**website**  | **map**

*This e-mail was sent from Cohen Milstein Sellers & Toll PLLC. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible.*