# EXHIBIT 11

| | |
|---|---|
| **From:** | Nayda Pérez Román |
| **To:** | AAA Sandy Duarte; Robert A. Braun |
| **Cc:** | Angel Sosa |
| **Subject:** | Joshua M. Ambush, LLC and Joshua M. Ambush, Esq. v. Elvis J. Rusnak - Case 01-25-0000-0363 |
| **Date:** | Wednesday, April 1, 2026 4:45:03 PM |
| **Attachments:** | Outlook-bxgr3dpc.png |
| | Request to Reopen Record and Reconsider Malpractice Finding (filed 4-1-2026).pdf |
| | Exhibit A - Rusnak v. USA - Memorandum Opinion.pdf |

Ms. Duarte and Mr. Braun

Attached is Claimants' Request to Reopen the Record and for Reconsideration of the Malpractice Finding in light of Recent Memorandum Opinion Issued in Rusnak v. United States.

Regards

**Nayda I. Pérez Román**
**Principal**

**T** 787.751.8999 | **D** 787.200.3089
**F** 787.763.7760 | **E** nperez@tcm.law | **W** www.tcm.law
416 Ponce de Leon Avenue, Union Plaza Suite 311, San Juan, Puerto Rico 00918-3430
PO Box 195383, San Juan, PR 00919-5383



This e-mail (including attachments) is privileged and confidential and is intended only for addressee(s) listed above. The sender doesn't waive any rights or privileges regarding this information. The recipient is not authorized to distribute or copy this message. If message was received in error, please notify sender and delete. Any e-mail to Toro Colón Mullet, P.S.C. or to any individual at the firm should be followed up by the sender with the intended recipient to confirm delivery, as e-mails and/or attachments sometimes may be inadvertently deleted, lost in transmission, blocked by filters or automatically archived without notice being provided to either the intended recipient or the sender.   Please contact the intended recipient directly in connection with matters requiring urgent attention or requiring compliance with important deadlines. Thank you.