**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

ELVIS J. RUSNAK,

      Petitioner,

v.

JOSHUA M. AMBUSH, LLC,
106 Old Court Road, Suite 303
Baltimore, Maryland 21208


and

JOSHUA M. AMBUSH
3402 Labyrinth Rd.
Baltimore, Maryland 21215

      Respondents.

Civil Action No. 1:26-cv-01262

### CORRECTED DECLARATION OF ROBERT A. BRAUN IN SUPPORT OF SERVICE OF THE PETITION TO CONFIRM ARBITRATION AWARD

I, Robert A. Braun, state under oath, as follows:

1.      I am a partner at Cohen Milstein Sellers & Toll, PLLC, which represents Petitioner Elvis Rusnak in this matter.  I submit this declaration attesting to the service of the Petition to Confirm Arbitration Award and associated documents on the Respondents Joshua M. Ambush, LLC and Joshua M. Ambush.

2.      I have knowledge of the matters stated herein based on my personal knowledge and discussions with my staff and could testify to these facts if called upon.

3.      On March 31, 2026, my Firm placed into the mail three packages—each containing all of the following documents: (i) the Petition to Confirm Arbitration Award and all appended materials, which were filed at ECF No. 1; (ii) the summonses for each of Joshua M. Ambush and

Joshua M. Ambush, LLC, which were filed at ECF No. 2; and (iii) the sealed version of Ex. A to the Petition to Confirm Arbitration Award, which was filed at ECF No. 3.

4.    The three packages were mailed via the U.S. Postal Service using certified mail to each of the following recipients and addresses: (i) Ángel Sosa-Báez, Toro Colón Mullet, P.S.C., 416 Ponce de León Avenue, Union Plaza, Suite 311, San Juan, Puerto Rico 00918-3430; (ii) Joshua M. Ambush and Joshua M. Ambush, LLC, 106 Old Court Road, Suite 303, Baltimore, Maryland 21208; and (iii) Joshua M. Ambush and Joshua M. Ambush, LLC, 3402 Labyrinth Rd., Baltimore, Maryland 21215.

5.    Ángel Sosa-Báez at the law firm Toro Colón Mullet, P.S.C. was at the time the packages were mailed legal counsel for both Joshua M. Ambush and Joshua M. Ambush, LLC. The address used for Mr. Sosa—416 Ponce de León Avenue, Union Plaza, Suite 311, San Juan, Puerto Rico 00918-3430—is the address reflected in Mr. Sosa's email signature, on his Firm's website, Ex. 1, and via Puerto Rico's Corporation Search (https://rcp.estado.pr.gov/en/search/results), Ex. 2. The U.S. Postal Service confirmed that the package sent to this address was delivered. *See* Ex. 3.

6.    Accordingly, because Toro Colón Mullet, P.S.C. was legal counsel for Joshua M. Ambush and Joshua M. Ambush, LLC when the packages were sent on March 31, 2026, Joshua M. Ambush and Joshua M. Ambush, LLC were served on March 31, 2026.

7.    In addition, Defendant Joshua M. Ambush, LLC indicated in its arbitration demand filed with the AAA that its address is 106 Old Court Rd., Suite 303, Baltimore, Maryland 21208. This same address is reflected on (a) Joshua M. Ambush, LLC's website (https://ambushlaw.com/contact-us/), Ex. 4; (b) the attorney search function for the Maryland Bar website (https://www.mdcourts.gov/attysearch#searchform), Ex. 5; and (c) the State of Maryland

2

Business                    Entity                    Search                    website

([https://egov.maryland.gov/BusinessExpress/EntitySearch?searchAction=Search](https://egov.maryland.gov/BusinessExpress/EntitySearch?searchAction=Search)), Ex. 6.

8.      Defendant Joshua M. Ambush similarly attested in his arbitration demand filed with the AAA that he is a "resident of Baltimore, Maryland, with postal address at 106 Old Court RD, Suite 303, Baltimore, Maryland 21208." *See* Ex. 7 (excerpt of arbitration demand). Joshua M. Ambush is reflected on the State of Maryland Business Entity Search website as the agent for Joshua M. Ambush, LLC, which is also associated with that address. *See* Ex. 6. Accordingly, based on Mr. Ambush's own representations to the AAA, 106 Old Court Rd., Suite 303, Baltimore, Maryland 21208 is the last known address for Joshua M. Ambush. The U.S. Postal Service advised that they twice attempted delivery at this address and, because an authorized recipient was purportedly not available, left a notice for Joshua M. Ambush, LLC and Joshua M. Ambush on how they can obtain the package from the post office. *See* Ex. 8.

9.      In addition, an investigator at my law firm conducted an investigation to determine the last known ostensibly residential address associated with Joshua M. Ambush.  She identified 3402 Labyrinth Rd., Baltimore, Maryland 21215 as the address of a residence owned by Joshua Ambush, and identified two vehicles registered in the name of Joshua or Josh Ambush associated with the address 3402 Labyrinth Rd., Baltimore, Maryland 21215. The U.S. Postal Service confirmed that the package sent to this address was delivered. *See* Ex. 9.

10.      Accordingly, even if Toro Colón Mullet, P.S.C. was not legal counsel for Joshua M. Ambush and Joshua M. Ambush, LLC, Joshua M. Ambush and Joshua M. Ambush, LLC were properly served on March 31, 2026 when the Petition to Confirm Arbitration Award was mailed to their last known addresses.

11.     Although not required, I took additional steps to ensure that Defendants Joshua M. Ambush and Joshua M. Ambush, LLC promptly received actual notice of the Petition to Confirm Arbitration Award. On March 31, I emailed legal counsel for both Defendants—Angel Sosa and Nayda Perez Roman of Toro Colón Mullet, P.S.C.—the Petition and attachments thereto, and summonses for both Defendants. *See* Ex. 10. In that email, I requested that Mr. Sosa and Ms. Roman advise me "[t]o the extent you will not represent Ambush in connection with this suit," so that "we can provide Ambush (or his counsel) with a courtesy copy directly." *Id*. I did not receive any response from Mr. Sosa or Ms. Perez Roman advising me that they were no longer serving as legal counsel for Joshua M. Ambush and Joshua M. Ambush, LLC. In addition, the following day, Mr. Sosa and Ms. Perez Roman submitted a filing to the AAA on behalf of Defendants Joshua M. Ambush and Joshua M. Ambush, LLC, thereby confirming that they continued to represent Defendants. *See* Ex. 11.

12.     In addition, on April 7, 2026, my Firm placed into the mail two packages—each containing all of the following documents: (i) the Petition to Confirm Arbitration Award and all appended materials filed at ECF No. 1; (ii) the summonses for each of Joshua M. Ambush and Joshua M. Ambush, LLC filed at ECF No. 2; and (iii) the sealed version of Ex. A to the Petition to Confirm Arbitration Award, filed at ECF No. 3. One package was addressed to Joshua M. Ambush, and the other to Joshua M. Ambush, LLC. Both packages were sent via the U.S. Postal Service using certified mail to 106 Old Court Road, Suite 303, Baltimore, Maryland 21208.

13.     Finally, to make certain that Joshua M. Ambush and Joshua M. Ambush, LLC could not avoid actual receipt of the packages by turning away mail delivery personnel and/or refusing to sign for them, on April 8, 2026, my Firm sent via regular First Class mail (which does not require a signature for delivery), two additional packages addressed to Joshua M. Ambush and

Joshua M. Ambush, LLC respectively. Those packages likewise each contained all of the following documents: (i) the Petition to Confirm Arbitration Award and all appended materials filed at ECF No. 1; (ii) the summonses for each of Joshua M. Ambush and Joshua M. Ambush, LLC filed at ECF No. 2; and (iii) the sealed version of Ex. A to the Petition to Confirm Arbitration Award, filed at ECF No. 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of April, 2026, in Washington, D.C.

ROBERT A. BRAUN