# EXHIBIT 1

The Wayback Machine - https://web.archive.org/web/20260217000210/http://www.tcmrslaw.com/

# Welcome to Our Law Firm - ¡Bienvenidos!



## Solutions for Clients

Our complementary legal practices allow us to meet the wide-ranging needs of our clients.





**EXCELLENT LEGAL SERVICES**

**DEVELOPMENTS (DEVELOPMENTS.PHP)**

READ MORE ➜ (ABOUT.

## Our Professionals

Our firm is composed of excellent, committed and highly competent individuals.



**OUR ATTORNEYS (ATTORNEYS.PHP)**



## Lasting Relationships

Our work is characterized by a strong sense of duty and loyalty to our clients.

**OUR CLIENTS (CLIENTS.PHP)**

# EXCELLENCE IN THE LEGAL PROFESSION SINCE 1998.

PRACTICE AREAS (PRACTICES.PHP)



# ¡Bienvenidos!

At Toro, Colón, Mullet, P.S.C. (TCM) we strive to provide excellent legal services to private and public enterprises, and individuals in various areas of the law; efficiently delivering high-quality work to advance, protect and defend their interests.

Our work is concentrated on business, corporate, taxes, real estate, intellectual property, entertainment, environmental, natural resources, land use and planning law, labor and employment law. We also handle civil and commercial litigation in Puerto Rico and federal courts, and represent clients in federal and local administrative agency proceedings.

In our efforts to give back to our community and continue to explore and create opportunities within the dynamic and multi-cultural business environment that surrounds us, TCM has actively pursued memberships and affiliations with organizations that promote economic development and greater diversity and inclusion in the legal profession and in business relationships in general.





# (787) 751-8999

Call Us Today

## Get In Touch

🌐   416 Ponce de León Avenue

Union Plaza, Suite 311

San Juan, Puerto Rico 00918-3430

📞   787-751-8999

mcarrasquillo@tcm.law (https://web.archive.org/web/20260217000210/mailto:mcarrasquillo@tcm.law)

**in**

(https://web.archive.org/web/20260217000210/https://www.linkedin.com/company/5280229?

trk=prof-

exp-

company-

**f**   name)

## Our Firm

A group of like-minded entrepreneurial attorneys with complementary legal practices, founded TCM almost 20 years ago, after working together at Puerto Rico's largest law firm, McConnell Valdés.

## Important Emails

**President**:

Rafael Mullet-Sánchez - rem@tcm.law (https://web.archive.org/web/20260217000210/mailto:rem@tcm.law)

**Recruitment**:

Carlos E. Colón Franceschi - ccf@tcm.law (https://web.archive.org/web/20260217000210/mailto:ccf@tcm.law)

**Office Administrator**:

Marisol Carrasquillo-Nolasco - mcarrasquillo@tcm.law

(https://web.archive.org/web/20260217000210/mailto:mcarrasquillo@tcm.law)

**Billings & Collections**:

Olga Carrasquillo-Nolasco - ocarrasquillo@tcm.law

(https://web.archive.org/web/20260217000210/mailto:ocarrasquillo@tcm.law)

---

© 2019 Toro Colón Mullet, P.S.C. All Rights Reserved.



# EXHIBIT 2

CORPORATION INFORMATION

# Corporation Information

## TORO COLÓN MULLET, P.S.C.

| **Details** | **Articles** | **Annual Filings** | **Certificates** |

## General Information

| | |
|---|---|
| Name | TORO COLÓN MULLET, P.S.C. |
| Register No. | 1979 |
| Status | ACTIVE |
| Class | Professional Corporation |
| Type | For Profit |
| Jurisdiction | Domestic |
| Formation Date | 27-Dec-2001 12:00 AM |
| Effective Date | 27-Dec-2001 12:00 AM |
| Expiration Date | Does not expire |

## Designated Office

| | |
|---|---|
| Street Address | Union Plaza Suite 311, 416 Ponce de Leon Ave, San Juan, PR, 00918-3430 |
| Mailing Address | Union Plaza Suite 311, 416 Ponce de Leon Ave, San Juan, PR, 00918-3430 |

## Resident Agent

| | |
|---|---|
| Name | Fernandez , Manuel (Individual) |
| Street Address | Union Plaza Suite 311, 416 Ponce de Leon Ave., San Juan, PR, 00918 |
| Mailing Address | Union Plaza Suite 311, 416 Ponce de Leon Ave., San Juan, PR, 00918 |

# Officers

| Name | Title | Address |
|------|-------|---------|
| Toro Morales, Jose R | Treasurer | Union Plaza, Suite 311, Ponce De Leon Avenue, SAN JUAN, PR, 00918 <br> Union Plaza, Suite 311, Ponce De Leon Avenue, SAN JUAN, PR, 00918 |
| Lopez , Analynn M | President | Union Plaza, Suite 311, Ponce de Leon Avenue, SAN JUAN, PR, 00918 <br> Union Plaza, Suite 311, Ponce de Leon Avenue, SAN JUAN, PR, 00918 |
| RIVERA YANKOVICH, RAFAEL | Secretary, Treasurer | Union Plaza, Suite 311, Ponce De Leon Avenue, SAN JUAN, PR, 00918 <br> Union Plaza, Suite 311, Ponce De Leon Avenue, SAN JUAN, PR, 00918 |

# Incorporators

Not Available.

# Capital Stock

Not Available.

# Purpose

Unknown

← Return to Search Results

## Actions

File 2025 Annual Report

🕐
**File Prior Year(s) Annual Report**

>

☑
**Order Certificate of Good Standing**

>

🎖
**Order Certificate of Existence**

>

✎
**Amend Entity**

>

✕
**Dissolve Entity**

>

⇄
**Convert**

>

➤
**Merge**

>

➤
**Consolidate**

>

🔒
**Manage Access**

>

📄
**Payment Plan**

>

🎖
**Bingo License Application**

>

⇄
**New Creation Correction**

>

# EXHIBIT 3

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052701421472732

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 3:09 pm on April 6, 2026 in SAN JUAN, PR 00918.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

SAN JUAN, PR 00918
April 6, 2026, 3:09 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                         ⌄

---

**USPS Tracking Plus®**                                          ⌄

---

**Product Information**                                          ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# EXHIBIT 4





# CONTACT US

**Name** *

| First Name | First Name |
|---|---|

**Relationship to Service Person** *

**Cell Number** *                                    **Email** *

**My injuries are physical** *                       **I received a Purple Heart** *

☐ YES                                               ☐ YES

☐ NO                                                ☐ NO

**I have a V.A. disability rating** *                **My V.A. rating is** *

☐ YES

☐ NO

☐ I am human

hCaptcha
Privacy - Terms

Send

Thank you for visiting our website and for your interest in Ambush Law. Nothing on this website should be considered legal advice. Rather, all information on this website and on all other Ambush Law social media platforms is offered for general information only.

Use of this website does not constitute or create an attorney-client relationship. An attorney-client relationship with Ambush Law can only be established by an express written representation agreement signed by you and Ambush Law.

Joshua M. Ambush, LLC
106 Old Court Road
Suite 303
Baltimore, MD. 21208
410-484-2070

HOME          CONTACT US

Copyright © 2025. Ambush Law - All rights reserved.

# EXHIBIT 5

MISSION & VISION      JOBS      SITE INDEX      ACCESSIBILITY

English

# MARYLAND COURTS
## Fair, Efficient, & Effective Justice For All

Opinions Search    Search
Tips

COURTS        COURT HELP        E-SERVICES        LAWYERS        MEDIA

COMMUNITY

# Maryland Attorney Listing

This listing is an index of all attorneys who have been admitted to the bar in the State of Maryland. The list includes attorneys authorized to practice, as well as those who may no longer be authorized to practice because they are on inactive/retired status, are serving as judges, or because of a disciplinary or administrative action that affects their eligibility to practice. Any attorney whose status is listed as "active" is considered in good standing and is authorized to practice law.

If you are unable to find a name you are searching for, or if you have questions about the listing, please contact the **Supreme Court of Maryland's Clerk's Office at 410-260-1500**.  The Maryland Judiciary provides this information as a public service. Information contained in this listing is believed to be accurate but is not guaranteed.

## To search the attorney listing:

- Partial names can be entered. Enter as many known characters of the last name as possible. If you are unsure of the spelling, click the "similar last names" check box.

- Do not include abbreviations such as Jr. and Sr. in the last name field.

- Search results are limited. Enter a partial or full first name to reduce the number of matches.

The information displayed is drawn from the Attorney Information System (AIS). Changes made to AIS may not appear immediately on this list. The data is refreshed regularly and changes made in AIS should appear within approximately one hour.

# Attorney Search

ambush            ☐ (check for similar last names)

joshua

| Search |     New Search

Found 1 match(es).

| Atty ID | Last Name | First Name | Address | Phone | Admitted | Status |
|---------|-----------|------------|---------|-------|----------|--------|
| 0012120011 | AMBUSH | JOSHUA M. | JOSHUA M. AMBUSH LLC 106 OLD COURT RD., STE 303 BALTIMORE, MD 21208 | (410) 484-2070 | 12/12/2000 | Active |

**YOU ARE IN:**

Lawyers

*Amicus Curiarum*

Appointed Attorneys Program

Attorney Grievance Commission

Case 1:26-cv-01262-JRR   Document 6-2   Filed 04/27/26   Page 21 of 40

Attorney Information System (AIS)

Attorney Listing

Attorney Compliance Requirements

A Report on Mandatory CLE in Maryland – Request for Comments

Bar Associations

Board of Law Examiners

Certificate of Good Standing

Change of Address

Client Protection Fund

Commission on Judicial Disabilities

Disciplinary Actions

E-Filing

Guardianship Proceedings

Judicial Vacancies

Legal Resources

Pro Bono

Rules Committee/Rules Orders



CONTACT US

Copyright © 2026 Maryland Judiciary. All rights reserved. Terms of Use/Disclaimer

# EXHIBIT 6

## JOSHUA M. AMBUSH, LLC: W07500770

> ⚠️ Notice                                                                    ✕
>
> The Annual Report filing deadline is midnight on Wednesday, April 15th, 2026.  **Please go HERE to file your Annual Report.**

| | |
|---|---|
| Department ID Number: | W07500770 |
| Business Name: | JOSHUA M. AMBUSH, LLC |
| Principal Office:  | 106 OLD COURT ROAD<br>SUITE 303<br>BALTIMORE MD 21208 |
| Resident Agent:  | JOSHUA M. AMBUSH, ESQ<br>106 OLD COURT ROAD<br>SUITE 303<br>BALTIMORE MD 21208 |
| Status: | REVIVED |
| Good Standing: | THIS BUSINESS IS IN GOOD STANDING |
| Business Type: | DOMESTIC LLC |
| Business Code: | 20 ENTITIES OTHER THAN CORPORATIONS |
| Date of Formation/ Registration: | 06/26/2003 |
| State of Formation: | MD |
| Stock Status: | N/A |
| Close Status: | N/A |

# EXHIBIT 7



**COMMERCIAL ARBITRATION RULES**
**DEMAND FOR ARBITRATION**

| |
|---|
| **Mediation:** If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box ☐. There is no additional administrative fee for this service. |
| You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement. |

| Name of Respondent: **Elvis J. Rusnak** |
|---|

| Address: **9 Shady Mill Lane** |
|---|

| City: **Milford** | State: **New Jersey** ▼ | Zip Code: **08848** |
|---|---|---|

| Phone No.: **202-341-6227** | Fax No.: |
|---|---|

| Email Address: **flyingelvis2018@gmail.com** |
|---|

| Name of Representative (if known): |
|---|

| Name of Firm (if applicable): |
|---|

| Representative's Address: |
|---|

| City: | State: **Select...** | Zip Code: |
|---|---|---|

| Phone No.: | Fax No.: |
|---|---|

| Email Address: |
|---|

| The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration. |
|---|

| Brief Description of the Dispute:<br><br>**Breach of attorney representation agreement, collection of attorneys' fees owed, provisional remedies.**<br>**See Statement of Claim and Attachments.** |
|---|

| Dollar Amount of Claim: $ **2,187,657.13** |
|---|

| Other Relief Sought: ☑ Attorneys Fees  ☑ Interest  ☑ Arbitration Costs  ☐ Punitive/Exemplary<br>☑ Other: **Equitable remedies.** |
|---|

| Amount enclosed: $ **$7,925**<br><br>In accordance with Fee Schedule: ☐ Flexible Fee Schedule  ☑ Standard Fee Schedule |
|---|

| Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:<br><br>**Knowledge of attorney representation agreements, contingent fees, attorney charging liens.** |
|---|

| Hearing locale: **Baltimore, Maryland**<br><br>*(check one)* ☐ Requested by Claimant  ☑ Locale provision included in the contract |
|---|

*Please visit our website at www.adr.org/support to file this case online.*
*AAA Customer Service can be reached at 800-778-7879.*



**COMMERCIAL ARBITRATION RULES
DEMAND FOR ARBITRATION**

| Estimated time needed for hearings overall: | hours or **1** | days |
|---|---|---|

**Type of Business:**

Claimant: **Law Firm**                                    Respondent:

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other?
**No**

| Signature (may be signed by a representative): /s/ **Ángel Sosa** | Date: **January 3, 2025** |
|---|---|

Name of Claimant: **Joshua M. Ambush, LLC; Joshua M. Ambush, Esq.**

Address (to be used in connection with this case): **106 Old Court Rd Suite 303**

| City: **Baltimore** | State: **Maryland** ▾ | Zip Code: **21208** |
|---|---|---|

| Phone No.: **410-484-2070** | Fax No.: |
|---|---|

Email Address: **jambush@ambushlaw.com**

Name of Representative: **Ángel Sosa**

Name of Firm (if applicable): **Toro Colón Mullet, P.S.C.**

Representative's Address: **Po Box 195383**

| City: **San Juan** | State: **Select...** ▾ | Zip Code: **00919** |
|---|---|---|

| Phone No.: **787-751-8999** | Fax No.: **7877637760** |
|---|---|

Email Address: **asosa@tcm.law**

To begin proceedings, **please file online at www.adr.org/fileonline**. You will need to upload a copy of this Demand and the Arbitration Agreement, and pay the appropriate fee.

**AMERICAN ARBITRATION ASSOCIATION**

| | | |
|---|---|---|
| Joshua M. Ambush, LLC, and Joshua M. Ambush, Esq., <br><br> Claimants <br><br> v. <br><br> Elvis J. Rusnak, <br><br> Respondent | | Case No.: AAA-_____ |

## STATEMENT OF CLAIM

**To the American Arbitration Association:**

Come now, Joshua M. Ambush, LLC ("Ambush LLC") and Joshua M. Ambush, Esq. ("Mr. Ambush") (jointly, the "Claimants" or "Ambush"), represented by the undersigned counsel, and very respectfully state, allege and prays as follows:

**I.      Jurisdiction**

1. This forum and the arbitrator have jurisdiction based on the "Attorney Representation Agreement" (the "Agreement") signed between the parties between the 21st and the 23rd of February of 2017. The Agreement is controlling in terms of the Governing Forum and the Governing law. Pursuant to the Agreement, the parties agreed that any dispute concerning the Agreement or the services rendered shall be arbitrated in Baltimore, Maryland, in accordance with the rules of the American Arbitration Association, and shall be governed by Maryland law. See Attachment 1, Agreement, p. 4, ¶¶ 25 and 26.

## II.    The parties

### a. Claimants

2. Joshua M. Ambush, LLC, is a limited liability company organized under the laws of Maryland, with address at 106 Old Court RD, Suite 303, Baltimore, Maryland 21208, telephone number 410-484-2070, and email jambush@ambushlaw.com.

3. Joshua M. Ambush, Esq., is of legal age, attorney, resident of Baltimore, Maryland, with postal address at 106 Old Court RD, Suite 303, Baltimore, Maryland 21208, telephone number 410-484-2070, and email jambush@ambushlaw.com.

### b. Respondent

4. Elvis J. Rusnak, formerly known as Michael J. Rusnak ("Rusnak"), is of legal age, resident of New Jersey, with address at 9 Shady Mill Lane, Milford, NJ 08848, telephone number 631-839-4404, and email flyingelvis2018@gmail.com.

## III.    Facts

5. Rusnak entered into the Agreement with Ambush on February 21st, 2017. See Attachment 1, p. 5.  Pursuant to the terms of the Agreement, Ambush would provide legal services to Rusnak and represent him in a claim against the Islamic Republic of Iran for its material support of the terrorist attack on June 25, 1996, against the military housing complex known as Khobar Towers, located in Saudi Arabia. See Attachment 1, Agreement, p. 1.

6. an order to Rusnak to renew the judgement every 12 years until he has collected the full amount of the Unpaid Judgment and paid the agreed attorneys' fees in full.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this January 3rd, 2025.

**Toro Colón Mullet, P.S.C.**
P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

**/s/ Ángel Sosa**
Mr. Ángel Sosa
DC Bar No. 1,000,094
E-mail: asosa@tcm.law

# EXHIBIT 8

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052701421472756

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

We attempted to deliver your item at 3:28 pm on April 7, 2026 in PIKESVILLE, MD 21208 and a notice was left because an authorized recipient was not available.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivery Attempt**
**Notice Left (No Authorized Recipient Available)**

PIKESVILLE, MD 21208
April 7, 2026, 3:28 pm

**Redelivery Scheduled for Next Business Day**

PIKESVILLE, MD 21208
April 4, 2026, 11:12 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                              ⌄

USPS Tracking Plus®                                              ⌄

Product Information                                              ⌄

Feedback

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# EXHIBIT 9

# USPS Tracking®

FAQs >

**Tracking Number:**

## 95890710527014211472749

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 3:50 pm on April 4, 2026 in BALTIMORE, MD 21215.

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**

BALTIMORE, MD 21215
April 4, 2026, 3:50 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                           ∨

---

**USPS Tracking Plus®**                                            ∨

---

**Product Information**                                            ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

Feedback

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# EXHIBIT 10

| | |
|---|---|
| **From:** | Robert A. Braun |
| **To:** | "Angel Sosa"; Nayda Pérez Román |
| **Subject:** | 1:26-cv-01262 - Rusnak v. Joshua M. Ambush, LLC et al |
| **Date:** | Tuesday, March 31, 2026 5:48:00 PM |
| **Attachments:** | Dist.Md._1-26-cv-01262_combined.pdf<br>Dist.Md._1-26-cv-01262_2.pdf<br>image001.png |

Angel and Nayda,

Please find attached courtesy copies of the attached petition to confirm arbitration award and summons on Joshua Ambush and Joshua M. Ambush, LLC ("Ambush").  To the extent you will not represent Ambush in connection with this suit, please advise—including so that we can provide Ambush (or his counsel) with a courtesy copy directly.

Best,
Robby

**Robert A. Braun**
Partner



**Cohen Milstein Sellers & Toll PLLC**

1100 New York Ave. NW  | Suite 800
Washington, DC 20005

phone 202.408.4600

**website**  | **map**

*This e-mail was sent from Cohen Milstein Sellers & Toll PLLC. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible.*

# EXHIBIT 11

| | |
|---|---|
| **From:** | Nayda Pérez Román |
| **To:** | AAA Sandy Duarte; Robert A. Braun |
| **Cc:** | Angel Sosa |
| **Subject:** | Joshua M. Ambush, LLC and Joshua M. Ambush, Esq. v. Elvis J. Rusnak - Case 01-25-0000-0363 |
| **Date:** | Wednesday, April 1, 2026 4:45:03 PM |
| **Attachments:** | Outlook-bxgr3dpc.png<br>Request to Reopen Record and Reconsider Malpractice Finding (filed 4-1-2026).pdf<br>Exhibit A - Rusnak v. USA - Memorandum Opinion.pdf |

Ms. Duarte and Mr. Braun

Attached is Claimants' Request to Reopen the Record and for Reconsideration of the Malpractice Finding in light of Recent Memorandum Opinion Issued in Rusnak v. United States.

Regards

**Nayda I. Pérez Román**
**Principal**

**T** 787.751.8999 | **D** 787.200.3089
**F** 787.763.7760 | **E** nperez@tcm.law | **W** www.tcm.law
416 Ponce de Leon Avenue, Union Plaza Suite 311, San Juan, Puerto Rico 00918-3430
PO Box 195383, San Juan, PR 00919-5383



This e-mail (including attachments) is privileged and confidential and is intended only for addressee(s) listed above. The sender doesn't waive any rights or privileges regarding this information. The recipient is not authorized to distribute or copy this message. If message was received in error, please notify sender and delete. Any e-mail to Toro Colón Mullet, P.S.C. or to any individual at the firm should be followed up by the sender with the intended recipient to confirm delivery, as e-mails and/or attachments sometimes may be inadvertently deleted, lost in transmission, blocked by filters or automatically archived without notice being provided to either the intended recipient or the sender.   Please contact the intended recipient directly in connection with matters requiring urgent attention or requiring compliance with important deadlines. Thank you.