**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **ELVIS J. RUSNAK,** | |
| *Plaintiff*, | |
| v. | **Civil No.: 1:26-cv-01262-JRR** |
| **JOSHUA M. AMBUSH, LLC,** *et al.*, | |
| *Defendants*. | |

## ORDER

Pending before the court is Plaintiff's Motion to File Exhibit A to Elvis J. Rusnak's Petition to Confirm Arbitration Award and Notice of Application for Order to Confirm Arbitration Award Under Seal at ECF No. 4 (the "Motion") in which Plaintiff seeks to seal the non-redacted version of Exhibit A to the Petition filed at ECF No. 3, which contains attorney-client privileged information.  The court has reviewed the materials sought to be sealed and is satisfied that they contain sufficiently sensitive and confidential information, and that no alternatives to sealing would sufficiently protect the information from disclosure.  Local Rule 105.11 (D. Md. 2025). Accordingly, it is this 27th day of April 2026,

**ORDERED** that the Motion (ECF No. 4) shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that filing at ECF No. 3 shall be **SEALED**.

/s/_____
Julie R. Rubin
United States District Judge