### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

EVIS J. RUSNAK

                                     *

        **Plaintiff**

        **v.**                       *        **Civil Case No.:  JRR-26-CV-1262**

JOSHUA M. AMBUSH, LLC, and JOSHUA
M. AMBUSH.                *

        **Defendant**        *

                           ******

### ORDER OF DEFAULT

It appearing from the records of Robert Braun that the summons and Complaint were properly served by substitute service upon the Defendant, Joshua M. Ambush, LLC and Joshua M. Ambush on March 31, 2026, and the time to obtain counsel or otherwise defend expired on April 24, 2026. Said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, it is

**ORDERED**, that the default for want of answer or other defense by said Defendant is entered on this 29th day of April, 2026.

                                CATHERINE STAVLAS, CLERK

        By:               /s/
                        *Christina Barnickel*
                        *Deputy Clerk*