**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| Elvis J. Rusnak | * | |
| Petitioner(s) | * | |
| | * | |
| vs. | * | Civil Case No.: 1:26–cv–01262–JRR |
| | * | |
| Joshua M. Ambush, LLC | * | |
| Respondent(s) | * | |

---

## NOTICE OF DEFAULT

**To Joshua M. Ambush / Joshua M. Ambush, LLC:**

You are hereby notified that an order of default was entered against you in this Court on 4/29/2026. You have thirty (30) days from this date to file a motion to vacate the order of default. If you do not take action by this date, the Court will act promptly on any pending motions for entry of default judgment, which may result in a monetary judgment against you.

CATHERINE M. STAVLAS, CLERK

April 29, 2026
Date

By: Christina Barnickel
Deputy Clerk