# EXHIBIT C



U.S. Department of Justice
U.S. Victims of State Sponsored Terrorism Fund
*Site Administered by Epiq*

> i
>
> Fund balance data will be updated after the close of each quarter of the fiscal year.

# Fund Balance

The tables below provide detailed information on USVSST Fund balances. Data in these tables is accurate as of March 31, 2026. Data posted later may differ as the USVSST Fund updates financial information.

| USVSST Fund General Fund | | Description |
|---|---|---|
| Total Balance | $ 286,673,876 | The USVSST Fund balance includes qualifying case collections, accrued interest, and remaining appropriations |
| Holdbacks | $ 72,709,089 | USVSST Fund holdbacks include costs of Fund administration through 2039* |
| Conditionals | $ 12,012,730 | Amount held for claimants who applied to the USVSST Fund conditionally |
| Held Claimant Payments | $ 371,299 | Amounts allocated but not issued to claimants |
| Other Held Amounts | $ 116,367,440 | Amount the Comptroller General, Government Accountability Office (GAO) calculated for 274 claimants who GAO determined were not eligible to receive BKT LSCUPs |
| Remaining Balance | $ 85,213,318 | Total balance less holdbacks, conditionals, and held claimant payments, and other held amounts |



U.S. Department of Justice
U.S. Victims of State Sponsored Terrorism Fund
*Site Administered by Epiq*

operate, issue eligibility determinations, distribute victim payments, collect deposits, and provide support to the victim population for the entire lifetime of the USVSST Fund, given the unpredictable case deposits and the lack of any enacted recurring or other future appropriations.

| USVSST Fund 9/11-Related Lump Sum Catch-Up Payments (LSCUPs) | | Description |
|---|---|---|
| Balance | $ 28,523,196 | The 9/11-related LSCUP balance includes funds appropriated to issue 9/11-related LSCUPs and accrued interest |
| Holdbacks | $ 57,995 | 9/11-related LSCUP holdbacks include costs associated with issuing 9/11-related LSCUPs |
| Conditionals | $ 18,559,269 | Amount held for claimants who applied to the USVSST Fund conditionally |
| Held Claimant Payments | $ 0.00 | Amounts allocated but not issued to claimants |
| Total Available for Payments | $ 0.00 | The total available for payments is $0.00 because any amounts not used to issue 9/11-related LSCUPs must be returned to the general Treasury. |



## U.S. Department of Justice
## U.S. Victims of State Sponsored Terrorism Fund
*Site Administered by Epiq*



■ Appropriations  ■ Qualifying Case Deposits - Civil  ■ Qualifying Case Deposits - Criminal

*Last updated March 31, 2026*

[Treasury Bulletin](#)

March 2026

USVSST Fund information at pages 101-102

The Treasury Bulletin, which is prepared by the Department of the Treasury, contains financial information related to the USVSST Fund. As a reminder, the USVSST Fund balances include monies that are not available for immediate distribution, such as holdbacks for operational expenses and monies the statute requires the Special Master to allocate and preserve for conditional claims.

 1 (855) 720-6966           info @ usvsst.com           DOJ MNF

Privacy Notice | ©2025 Epiq  All Rights Reserved