# EXHIBIT E

## AMERICAN ARBITRATION ASSOCIATION
### Commercial Arbitration Tribunal

In the Matter of the Arbitration between:

Case Number: 01-25-0000-0363

Joshua M. Ambush, LLC and Joshua M. Ambush, Esq.

v

Elvis J. Rusnak

### DISPOSITION OF APPLICATION FOR CLARIFICATION OF AWARD

I, Irma S. Raker, the undersigned arbitrator, having been designated in accordance with the arbitration agreement entered into between the above-named parties, dated February 21, 2017, and having been duly sworn, and having duly heard the proofs and allegations of the parties, Claimants, represented by Angel Sosa, Esq. and Nayda Perez Roman, Esq., of Toro Colon Mullet PSC and Respondent, represented by Robert A. Braun, Esq. of Cohen Milstein Sellers & Toll PLLC, and having previously rendered an Award dated February 20, 2026, and Claimants having filed an application for Clarification dated March 12, 2026, and Respondent, having responded by letter dated March 19, 2026, do hereby, DECIDE AND ORDER, as follows:

**WHEREAS,** Claimants' Application for Clarification of Award, and Respondent's response thereto, and a review of the Final Award, having been read and considered,

It is, this 20th day of March 2026, ORDERED that the Application is hereby **DENIED.**

In all respects the Award dated February 20, 2026, is reaffirmed and remains in full force and effect.

March 20th, 2026      *Irma S. Raker*
Date      Hon. Irma S. Raker

I, Hon. Irma S. Raker, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Disposition of Application for Clarification of Award.

March 20th, 2026      *Irma S. Raker*
Date      Hon. Irma S. Raker