# EXHIBIT G

**From:** AAA Sandy Duarte <SandyDuarte@adr.org>
**Sent:** Tuesday, April 7, 2026 8:30 AM
**To:** Robert A. Braun <RBraun@cohenmilstein.com>; Nayda Pérez Román <nperez@tcm.law>
**Cc:** Angel Sosa <asosa@tcm.law>; AAA Sandy Duarte <SandyDuarte@adr.org>
**Subject:** RE: Joshua M. Ambush, LLC and Joshua M. Ambush, Esq. v. Elvis J. Rusnak - Case 01-25-0000-0363

Dear Counsel,

I hope you are doing well.

Once a final award has been issued, the arbitrator's role in the case is complete and the hearings cannot be reopened. Under AAA Commercial Arbitration Rule R-52 (Modification of Award), the arbitrator may only consider a party's timely request to correct, clarify, or interpret the award as permitted by the rule.

The arbitrator has already considered and denied the Claimant's request for clarification. Accordingly, the record cannot be reopened for further consideration.

Kindest Regards,

*Sandy Duarte*




**AAA Sandy Duarte**
Manager of ADR Services

American Arbitration Association
International Centre for Dispute Resolution
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
**T:** 401 868 4740 **E:** SandyDuarte@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
**Explore 100 Years of AAA**

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by

reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Robert A. Braun <RBraun@cohenmilstein.com>
**Sent:** Wednesday, April 1, 2026 8:30 PM
**To:** Nayda Pérez Román <nperez@tcm.law>; AAA Sandy Duarte <SandyDuarte@adr.org>
**Cc:** Angel Sosa <asosa@tcm.law>
**Subject:** RE: Joshua M. Ambush, LLC and Joshua M. Ambush, Esq. v. Elvis J. Rusnak - Case 01-25-0000-0363

---

Ms. Duarte,

On behalf of Mr. Rusnak, we request direction from the AAA on whether we need to submit a formal response to this request. We understand the arbitration to be complete and the time for seeking a modification to the award to have lapsed. Accordingly, this submission does not appear to be permitted under any procedure or rule in the AAA Commercial Rules that we've been able to discern.

Best regards,
Robby

---

**From:** Nayda Pérez Román <nperez@tcm.law>
**Sent:** Wednesday, April 1, 2026 4:44 PM
**To:** AAA Sandy Duarte <sandyduarte@adr.org>; Robert A. Braun <RBraun@cohenmilstein.com>
**Cc:** Angel Sosa <asosa@tcm.law>
**Subject:** Joshua M. Ambush, LLC and Joshua M. Ambush, Esq. v. Elvis J. Rusnak - Case 01-25-0000-0363

Ms. Duarte and Mr. Braun

Attached is Claimants' Request to Reopen the Record and for Reconsideration of the Malpractice Finding in light of Recent Memorandum Opinion Issued in Rusnak v. United States.

Regards

**Nayda I. Pérez Román**
**Principal**

**T** 787.751.8999 | **D** 787.200.3089
**F** 787.763.7760 | **E** nperez@tcm.law | **W** www.tcm.law
416 Ponce de Leon Avenue, Union Plaza Suite 311, San Juan, Puerto Rico 00918-3430
PO Box 195383, San Juan, PR 00919-5383