## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Elvis J. Rusnak                                    *

**Plaintiff,**

                      *

**v.**                                             **Case No.** 1:26-cv-01262-JRR

                      *

Joshua M. Ambush, LLC, et al.

**Defendant.**                                     *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☒    Exhibit ____2____ which is an attachment to __Motion to Confirm Arbitration Award__

_____

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐    _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by_____Email_____.

6/3/2026

**Date**

/s/ Robert A. Braun

**Signature**

Robert A. Braun (D. Md. Bar No. 22059)

**Printed Name and Bar Number**

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave NW, Suite 800
Washington, D.C. 20005

**Address**

rbraun@cohenmilstein.com

**Email Address**

(202) 408-4600

**Telephone Number**

(202) 408-4699

**Fax Number**