# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Elvis J. Rusnak

**Plaintiff,**

v.

Joshua M. Ambush, LLC, et al.

**Defendant.**

\*

\*

\*

\*

\*

**Case No.**  1:26-cv-01262-JRR

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☒  Exhibit ____3____ which is an attachment to __Motion to Confirm Arbitration Award__

_____

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐  _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by_____Email_____.

6/3/2026
_____

Date

/s/ Robert A. Braun
_____

Signature

Robert A. Braun (D. Md. Bar No. 22059)
_____

Printed Name and Bar Number

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave NW, Suite 800
Washington, D.C. 20005

Address

rbraun@cohenmilstein.com
_____

Email Address

(202) 408-4600
_____

Telephone Number

(202) 408-4699
_____

Fax Number