# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Elvis J. Rusnak

**Plaintiff,**                                        *

                                                     *

**v.**                                    **Case No.**  1:26-cv-01262-JRR

                                                     *

Joshua M. Ambush, LLC, et al.                         *

**Defendant.**                                        *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☒     Exhibit _____4_____ which is an attachment to ___Motion to Confirm Arbitration Award___

_____

will be electronically filed under seal within 24 hours of the filing of this Notice.


☐     _____

                                    (title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by_____Email_____.

6/3/2026

Date

/s/ Robert A. Braun

Signature

Robert A. Braun (D. Md. Bar No. 22059)

Printed Name and Bar Number

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave NW, Suite 800
Washington, D.C. 20005

Address

rbraun@cohenmilstein.com

Email Address

(202) 408-4600

Telephone Number

(202) 408-4699

Fax Number