# EXHIBIT 6

**AMERICAN ARBITRATION ASSOCIATION**
**Commercial Arbitration Tribunal**

| | |
|---|---|
| **JOSHUA M. AMBUSH, LLC and JOSHUA M. AMBUSH, ESQ.,**<br><br>     **Claimants,**<br><br>**-vs-**<br><br>**ELVIS J. RUSNAK,**<br><br>     **Respondent.** | **Case No. 01-25-0000-0363** |

## MOTION FOR LEAVE TO FILE INFORMATIVE MOTION

**To the American Arbitration Association:**

Come now, Joshua M. Ambush, LLC ("Ambush Law, LLC") and Joshua M. Ambush, Esq. ("Mr. Ambush") (jointly, the "Claimants" or "Ambush"), represented by the undersigned counsel, and very respectfully state as follows:

1. Pursuant to the Arbitrator's Post Hearing Scheduling Order entered on December 4th 2025, the record of the case of caption closed on January 14, 2026, after the parties filed their respective post hearing briefs.

2. On January 20, 2026, the Supreme Court of the United States published a relevant opinion that resolves one of the issues before the Tribunal.

3. This Supreme Court decision was not available to Claimants at the time their post hearing brief was filed.

4. While Claimants recognize that this stage of the proceedings ordinarily does not allow for additional submissions, the recency and relevance of this new controlling and dispositive precedent is reasonable basis for allowing Claimants to file an informative motion regarding the decision.

5. The informative motion is not intended as a substantive pleading, but rather a notice to the Arbitrator of a recent authority that impacts the controversy before the Tribunal.

6. Further, the submission concerns purely legal developments, not new evidence. It will not delay proceedings or prejudice Respondent.

7. In light of the foregoing, Claimants respectfully request the Arbitrator to grant leave for Claimants to file the proposed informative motion attached hereto as Exhibit A.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this January 29th, 2026.

**Toro Colón Mullet, P.S.C.**
P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

*/s/ Ángel Sosa*
Ángel Sosa
DC Bar No. 1,000,094
E-mail: asosa@tcm.law

*/s/ Nayda I. Pérez Román*
Nayda I. Pérez Román
PR Bar No. 19,314
Email: nperez@tcm.law