# EXHIBIT 7

 Outlook

---

**RE: Joshua M. Ambush, LLC and Joshua M. Ambush, Esq. v. Elvis J. Rusnak - Case 01-25-0000-0363**

---

**From** AAA Sandy Duarte <SandyDuarte@adr.org>

**Date** Tue 4/7/2026 8:31 AM

**To**    Robert A. Braun <RBraun@cohenmilstein.com>; Nayda Pérez Román <nperez@tcm.law>

**Cc**    Angel Sosa <asosa@tcm.law>; AAA Sandy Duarte <SandyDuarte@adr.org>

📎 4 attachments (77 KB)

image002.jpg; image003.png; image202704.png; image401208.png;

Dear Counsel,

I hope you are doing well.

Once a final award has been issued, the arbitrator's role in the case is complete and the hearings cannot be reopened. Under AAA Commercial Arbitration Rule R-52 (Modification of Award), the arbitrator may only consider a party's timely request to correct, clarify, or interpret the award as permitted by the rule.

The arbitrator has already considered and denied the Claimant's request for clarification. Accordingly, the record cannot be reopened for further consideration.

Kindest Regards,

*Sandy Duarte*




**AAA Sandy Duarte**
Manager of ADR Services

American Arbitration Association
International Centre for Dispute Resolution
1301 Atwood Ave, Suite 211N, Johnston, RI 02919
**T :** 401 868 4740 **E:** SandyDuarte@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
Explore 100 Years of AAA

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Robert A. Braun <RBraun@cohenmilstein.com >
**Sent:** Wednesday, April 1, 2026 8:30 PM
**To:** Nayda Pérez Román <nperez@tcm.law >; AAA Sandy Duarte <SandyDuarte@adr.org >

**Cc:** Angel Sosa <asosa@tcm.law >

**Subject:** RE: Joshua M. Ambush, LLC and Joshua M. Ambush, Esq. v. Elvis J. Rusnak - Case 01-25-0000-0363

---

 **\*\*\* External E-Mail – Use Caution \*\*\***

Ms. Duarte,

On behalf of Mr. Rusnak, we request direction from the AAA on whether we need to submit a formal response to this request.   We understand the arbitration to be complete and the time for seeking a modification to the award to have lapsed.   Accordingly, this submission does not appear to be permitted under any procedure or rule in the AAA Commercial Rules that we've been able to discern.

Best regards,

Robby

---

**From:** Nayda Pérez Román <nperez@tcm.law>
**Sent:** Wednesday, April 1, 2026 4:44 PM
**To:** AAA Sandy Duarte <sandyduarte@adr.org>; Robert A. Braun <RBraun@cohenmilstein.com>
**Cc:** Angel Sosa <asosa@tcm.law>
**Subject:** Joshua M. Ambush, LLC and Joshua M. Ambush, Esq. v. Elvis J. Rusnak - Case 01-25-0000-0363

Ms. Duarte and Mr. Braun

Attached is Claimants' Request to Reopen the Record and for Reconsideration of the Malpractice Finding in light of Recent Memorandum Opinion Issued in Rusnak v. United States.

Regards

**Nayda I. Pérez Román**

**Principal**

**T** 787.751.8999 | **D** 787.200.3089

**F** 787.763.7760 | **E** nperez@tcm.law | **W** www.tcm.law

416 Ponce de Leon Avenue, Union Plaza Suite 311, San Juan, Puerto Rico 00918-3430

PO Box 195383, San Juan, PR 00919-5383



This e-mail (including attachments) is privileged and confidential and is intended only for addressee(s) listed above. The sender doesn't waive any rights or privileges regarding this information. The recipient is not authorized to distribute or copy this message. If message was received in error, please notify sender and delete. Any e-mail to Toro Colón Mullet, P.S.C. or to any individual at the firm should be followed up by the sender with the intended recipient to confirm delivery, as e-mails and/or attachments sometimes may be inadvertently deleted, lost in transmission, blocked by filters or automatically archived without notice being provided to either the intended recipient or the sender.    Please contact the intended recipient directly in connection with matters requiring urgent attention or requiring compliance with important deadlines. Thank you.