# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Elvis J. Rusnak

**Plaintiff,**                              *

                                           *

**v.**                                      **Case No.**  1:26-cv-01262-JRR

                                           *

Joshua M. Ambush, LLC, et al.              *

**Defendant.**                              *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☒    Exhibit ____J35____ which is an attachment to ___Motion to Confirm Arbitration Award___

_____

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐    _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document

identified above by_____Email_____.

6/3/2026
_____
Date

/s/ Robert A. Braun
_____
Signature

Robert A. Braun (D. Md. Bar No. 22059)
_____
Printed Name and Bar Number

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave NW, Suite 800
Washington, D.C. 20005
_____
Address

rbraun@cohenmilstein.com
_____
Email Address

(202) 408-4600
_____
Telephone Number

(202) 408-4699
_____
Fax Number