# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Elvis J. Rusnak                             *

**Plaintiff,**

                                            *

**v.**                                          **Case No.**  1:26-cv-01262-JRR

                                            *

Joshua M. Ambush, LLC, et al.

**Defendant.**                                  *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☒     Exhibit _____J48_____ which is an attachment to ___Motion to Confirm Arbitration Award___

_____

will be electronically filed under seal within 24 hours of the filing of this Notice.


☐     _____

                                    (title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document

identified above by_____Email_____.


6/3/2026
_____                /s/ Robert A. Braun
Date                                     _____
                                         Signature

                                         Robert A. Braun (D. Md. Bar No. 22059)
                                         _____
                                         Printed Name and Bar Number
                                         Cohen Milstein Sellers & Toll PLLC
                                         1100 New York Ave NW, Suite 800
                                         Washington, D.C. 20005
                                         _____
                                         Address

                                         rbraun@cohenmilstein.com
                                         _____
                                         Email Address

                                         (202) 408-4600
                                         _____
                                         Telephone Number

                                         (202) 408-4699
                                         _____
                                         Fax Number

NoticeofFilingofDocumentUnderSeal (11/2017)