**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

Elvis J. Rusnak

  **Plaintiff,**

  **v.**

Joshua M. Ambush, LLC, et al.

  **Defendant.**

\*
\*
\*
\*
\*

**Case No.** 1:26-cv-01262-JRR

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☒ Exhibit _____J49_____ which is an attachment to ___Motion to Confirm Arbitration Award___

_____

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐ _____

          (title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by_____Email_____.

6/3/2026
_____
Date

/s/ Robert A. Braun
_____
Signature

Robert A. Braun (D. Md. Bar No. 22059)
_____
Printed Name and Bar Number

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave NW, Suite 800
Washington, D.C. 20005
_____
Address

rbraun@cohenmilstein.com
_____
Email Address

(202) 408-4600
_____
Telephone Number

(202) 408-4699
_____
Fax Number