# EXHIBIT J50

**From:** info@usvsst.com
**To:** Kara Coggins
**Cc:** Joshua M Ambush, Esq.; Teresa Rice
**Subject:** RE: Updates to Fund Site January 27, 2023 in Light of the Passage of the Fairness Act
**Date:** Friday, February 10, 2023 4:14:17 PM

Dear Counsel:

The Special Master and the U.S. Victims of State Sponsored Terrorism Fund (Fund) received your letter dated February 9, 2023 regarding whether your clients awarded compensatory damages in the *Ackley v. Iran* and *Schooley v. Iran* judgments (the "*Ackley* claimants" and "*Schooley* claimants", respectively) would be eligible for lump sum catch-up payments set forth in the Fairness for 9/11 Families Act (Fairness Act).

*Ackley* Claimants

You requested assurance that if the *Ackley* claimants withdrew their Fund applications and refiled them before June 27, 2023, they would be considered for lump sum catch-up payments available to certain 1996 Khobar Towers bombing victims pursuant to the Fairness Act.

Claimants may withdraw applications without prejudice; their withdrawal does not prevent later submission of new applications. Please note that claimants who are to receive a lump sum catch-up payments pursuant to the Fairness Act must still meet all eligibility criteria, including timely submission of applications under the statute. *See* 34 U.S.C. § 20144(c).

*Schooley* Claimants

You also inquired whether the Fund will deem the *Schooley* claimants eligible for lump sum catch-up payment set forth in the Fairness Act. The Fairness Act requires the Comptroller General of the United States to conduct an audit to determine proposed lump sum catch-up payments to "the 1983 Beirut barracks bombing victims and the 1996 Khobar Towers bombing victims **who have submitted applications in accordance with subsection (c)(3)(A)(ii)(II) on or after [the date the Fairness Act is enacted (December 29, 2022)]**." *Id.* § 20144(d)(4)(D) (emphasis added). Thus the audit is limited to those 1983 Beirut barracks bombing victims and the 1996 Khobar Towers bombing victims who held judgments prior to December 29, 2022 and who apply to the USVSST Fund between December 29, 2022 and June 27, 2023. The Comptroller General's report will determine the amount of the proposed lump sum catch-up payment for each such victim. *Id.*

We thank you for your continued advocacy. The USVSST Fund appreciates that you may wish to see changes to the USVSST Fund's operations. The Special Master and the USVSST Fund are obligated to administer the USVSST Fund under the terms of its governing legislation, which only Congress can amend.

We hope you find this information useful. This response is meant to assist you in understanding the

Exhibit J50

Fund; however, it does not constitute legal advice, nor does it alter in any way the authorities of the Special Master and the Department of Justice, including the authority to implement the Justice for United States Victims of State Sponsored Terrorism Act, as amended.  It is not intended to, does not, and may not be relied upon to create any rights, substantive or procedural, enforceable at law by any party in any matter civil or criminal.

Sincerely,

Claims Administrator
U.S. Victims of State Sponsored Terrorism Fund
www.usvsst.com

---

**From:** Kara Coggins <kcoggins@ambushlaw.com>
**Sent:** Thursday, February 9, 2023 7:08 AM
**To:** info@usvsst.com
**Cc:** Joshua M Ambush, Esq. <jambush@ambushlaw.com>; Teresa Rice <trice@ambushlaw.com>
**Subject:** RE: Updates to Fund Site January 27, 2023 in Light of the Passage of the Fairness Act

---

Dear Claims Administrator:

Please find attached a letter in response to your email dated February 7, 2023, and the updates to the USVSST Fund site the same day.

Respectfully,
Kara Coggins


**From:** info@usvsst.com <info@usvsst.com>
**Sent:** Tuesday, February 7, 2023 6:57 PM
**To:** Joshua M Ambush, Esq. <jambush@ambushlaw.com>; Kara Coggins <kcoggins@ambushlaw.com>
**Cc:** Teresa Rice <trice@ambushlaw.com>
**Subject:** RE: Updates to Fund Site January 27, 2023 in Light of the Passage of the Fairness Act

Dear Counsel:

Thank you for your letter to Special Master Mary Patrice Brown, dated January 31, 2023.  As an initial matter, the definition in the USVSST Fund's governing statute, 34 U.S.C. 20144 (Act), at new subsection (j)(16) does not limit "1996 Khobar Towers bombing victims" to individuals who are judgment creditors in *Peterson*, or settling judgment creditors in *In re 650 Fifth Avenue & Related Properties*.  The definition encompasses eligible claims that arise out of the June 25, 1996 bombing of the Khobar Tower housing complex in Saudi Arabia regardless of whether the claimants are judgment creditors in *Peterson*, or settling judgment creditors in *In re 650 Fifth Avenue & Related Properties*.

The responses in the USVSST Fund's new frequently asked questions (FAQ) "Section 7 – Lump Sum Catch-Up Payments" provide lump sum catch-up payment-specific guidance.  We direct your attention to subsection (d)(4)(D) of the Act, which requires the Comptroller General of the United States to conduct an audit to determine proposed lump sum catch-up payments to "the 1983 Beirut barracks bombing victims and the 1996 Khobar Towers bombing victims **who have submitted applications in accordance with subsection (c)(3)(A)(ii)(II) on or after [the date the Fairness Act is enacted (December 29, 2022)]**."  (Emphasis added).  Consideration for lump sum catch-up payments is therefore limited to those 1983 Beirut barracks bombing victims and the 1996 Khobar Towers bombing victims who held judgments prior to December 29, 2022 and who apply to the USVSST Fund between December 29, 2022 and June 27, 2023.  While victims of the 1996 Khobar Towers bombing who submitted applications before December 29, 2022 may be eligible for other compensation from the USVSST Fund, they are not included in the Act's lump sum catch-up payment provisions.  Again, the Act limits consideration for lump sum catch-up payments to 1983 Beirut barracks bombing victims and 1996 Khobar Towers bombing victims who held judgments prior to December 29, 2022, and whose applications are submitted between December 29, 2022 and June 27, 2023.

As always, the Special Master and USVSST Fund are unable to provide legal advice.

We hope you find this information useful.  This response is meant to assist you in understanding the Fund; however, it does not constitute legal advice, nor does it alter in any way the authorities of the Special Master and the Department of Justice, including the authority to implement the Justice for United States Victims of State Sponsored Terrorism Act, as amended.  It is not intended to, does not, and may not be relied upon to create any rights, substantive or procedural, enforceable at law by any party in any matter civil or criminal.

Sincerely,

Claims Administrator
U.S. Victims of State Sponsored Terrorism Fund
www.usvsst.com

---

**From:** Kara Coggins <kcoggins@ambushlaw.com>
**Sent:** Tuesday, January 31, 2023 8:38 PM
**To:** info@usvsst.com
**Cc:** Joshua M Ambush, Esq. <jambush@ambushlaw.com>; Teresa Rice <trice@ambushlaw.com>
**Subject:** Updates to Fund Site January 27, 2023 in Light of the Passage of the Fairness Act

> **CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Dear Claims Administrator:

Please find attached a letter addressed to Special Master Mary Patrice Brown regarding the January 27, 2023 updates to the Fund site in light of the passage of the Fairness for 9/11 Families Act.

Thank you.

Kara Coggins, Esq.
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road, Suite 303
Baltimore, Maryland 21208
410-484-2070