# EXHIBIT R26

| **From:** | info@usvsst.com |
| **To:** | Robert A. Braun |
| **Cc:** | Bowman, F. Greg; Assefa, Birdy |
| **Subject:** | USVSST Fund - GAO Calculations of Non-Eligible BKT LSCUPs |
| **Date:** | Thursday, May 15, 2025 5:29:30 PM |

Dear Counsel:

The U.S. Victims of State Sponsored Terrorism Fund (USVSST Fund) recently updated the "Fund Balance" page on its website, www.usvsst.com, including changes to the USVSST Fund LSCUP Reserve Fund section to show $116,367,439.81 as "held." This reflects the Government Accountability Office's (GAO) calculation of Beirut and Khobar Towers-related lump sum catch-up payments (BKT LSCUPs) for 274 USVSST Fund claimants who GAO determined were not eligible to receive BKT LSCUPs – but for whom GAO nevertheless calculated specific amounts. In its report, GAO stated that the "274 claimants did not submit applications for the payments during the statutory application time frame and therefore cannot be included in lump sum catch-up payments without action by Congress." *See* https://www.gao.gov/assets/gao-25-107564.pdf. Given pending litigation relating to these amounts, the USVSST Fund is holding the amount GAO calculated, and cannot comment on whether any BKT LSCUPs will be paid to these 274 claimants.

As you may know, a claimant you represent is among the 274 claimants GAO identified. The BKT LSCUP GAO calculated for Elvis Rusnak (claim no. 105516) is $685,442.38. Please refer to GAO's report for an explanation of GAO's calculation methodology.

We hope you find this information useful. This response is meant to assist you in understanding the USVSST Fund; however, it does not constitute legal advice, nor does it alter in any way the authorities of the Special Master and the Department of Justice, including the authority to implement the Justice for United States Victims of State Sponsored Terrorism Act, as amended. It is not intended to, does not, and may not be relied upon to create any rights, substantive or procedural, enforceable at law by any party in any matter civil or criminal.

Thank you,

Claims Administrator
U.S. Victims of State Sponsored Terrorism Fund
www.usvsst.com

Exhibit R26