**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

ELVIS J. RUSNAK,

                Petitioner,

vs.

JOSHUA M. AMBUSH, LLC and
JOSHUA M. AMBUSH

                Respondents.

Civil Action No. 1:26-cv-1262

**[PROPOSED] ORDER GRANTING ELVIS J. RUSNAK'S**
**MOTION TO CONFIRM ARBITRATION AWARD**

UPON CONSIDERATION of Petitioner Elvis J. Rusnak's Motion to Confirm Arbitration Award and Ambush's Contingent Cross-Petition to Vacate in the above captioned matter, any responses thereto, and the record herein, it is hereby:

**ORDERED**, that Petitioner's Motion to Confirm Arbitration Award is **GRANTED** and Ambush's Contingent Cross-Petition to Vacate is **DENIED**; and it is further

**ORDERED**, that the Arbitration Award issued on February 20, 2026, in American Arbitration Association Case No. 01-25-0000-0363 is **CONFIRMED** pursuant to 9 U.S.C. § 9; and it is further

**ORDERED**, that judgment is **ENTERED** jointly and severally against Respondents Joshua M. Ambush, LLC and Joshua M. Ambush in favor of Petitioner Elvis J. Rusnak, in accordance with the terms of the Arbitration Award; and it is further

**ORDERED**, that Petitioner is awarded post-judgment interest and costs.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Julie R. Rubin
United States District Judge