**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| EVIS J. RUSNAK, | |
| Petitioner, | |
| v. | Civil Action No. 1:26-cv-01262-JRR |
| JOSHUA M. AMBUSH, LLC and JOSHUA M. AMBUSH | |
| Respondents. | |

**MOTION TO FILE ELVIS J. RUSNAK'S MOTION TO CONFIRM ARBITRATION
AWARD AND ACCOMPANYING EXHIBITS 1–5, J35, J48, AND J49
<u>UNDER SEAL</u>**

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 105.11, Petitioner Elvis J. Rusnak, through counsel, moves to file under seal non-redacted versions of Elvis J. Rusnak's Motion to Confirm Arbitration Award and accompanying Exhibits 1–5, J35, J48, and J49 (ECF No. 14).

The redacted information reflects attorney-client privileged information and if disclosed could result in material financial harm to Mr. Rusnak. District courts have authority to seal court documents "if the public's right of access is outweighed by competing interests." *Ashcroft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000).

For the foregoing reasons, Petitioner respectfully requests that the Court grant their motion to file under seal the above-referenced submissions, and any further relief as deemed just and proper.

Dated: June 3, 2026

Respectfully submitted,

/s/ Robert A. Braun

Robert A. Braun (D. Md. Bar No. 22059)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
rbraun@cohenmilstein.com

*Attorney for Petitioner Elvis J. Rusnak*

1