**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ELVIS J. RUSNAK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-01262-JRR |
| | ) | |
| JOSHUA M. AMBUSH, LLC, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**RESPONDENTS' MOTION FOR AN EXTENSION OF TIME
AND MEMORANDUM IN SUPPORT THEREOF**

Respondents Joshua M. Ambush, LLC and Joshua M. Ambush (collectively, "Ambush"),

through counsel, respectfully move the Court pursuant to Local Rule 105.9 for a 7-day extension

to file a reply in support of Ambush's motion to dismiss. *See* ECF 10. In support thereof, Ambush

states as follows:

1.      Under the current schedule, Ambush's reply in support of the motion to dismiss is

due on June 10.

2.      Good cause exists for the requested extension. As this Court has noted, "timely

motions to extend, where good cause exists, 'should be liberally granted at the court's discretion.'"

*Thompson-McKoy v. UDR, Inc.*, 2025 WL 1888689, at *1 (D. Md. July 8, 2025) (citation omitted).

Undersigned counsel was retained on June 5, 2026; the requested extension will allow time for

undersigned counsel to "investigate and respond to [Petitioner's] [arguments]." *Id.*

3.      In addition, this motion is made in good faith and not for purposes of delay.

4.      The requested extension will not prejudice any party and will not affect other

deadlines in this case.

5.      Undersigned has consulted Petitioner's counsel, who does not oppose this motion.

1

2

WHEREFORE, Ambush respectfully moves the Court for an order extending Ambush's deadline to file a reply in support of the motion to dismiss from June 10, 2026, up to and including June 17, 2026.

Dated: June 9, 2026

Respectfully submitted,

<u>*/s/ Robert K. Hur*</u>
Robert K. Hur (D. Md. Bar No. 04761)
Matthew D. McGill, *pro hac vice forthcoming*
Zoe M. Beiner, *pro hac vice forthcoming*
Ian Roberson, *pro hac vice forthcoming*
KING & SPALDING LLP
1700 Pennsylvania Ave., NW, Suite 900
Washington, D.C. 20006
Tel: (202) 626-2627
Fax: (202) 626-3737
Email: rhur@kslaw.com
Email: matthew.mcgill@kslaw.com
Email: zbeiner@kslaw.com
Email: iroberson@kslaw.com

*Counsel for Respondents*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 9th day of June 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

Robert A. Braun, D. Md. Bar No. 22059
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Suite 800
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
Email: rbraun@cohenmilstein.com

*Counsel for Petitioner*

*/s/ Robert K. Hur*
Robert K. Hur

*Counsel for Respondents*

3