**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ELVIS J. RUSNAK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-01262-JRR |
| | ) | |
| JOSHUA M. AMBUSH, LLC, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**JOINT MOTION TO WITHDRAW RESPONDENTS' MOTION TO DISMISS**
**AND REQUEST FOR A STAY AND FOR RELATED RELIEF**

Petitioner Elvis J. Rusnak and Respondents Joshua M. Ambush, LLC and Joshua M. Ambush (collectively, "Respondents"), by and through their counsel, respectfully move the Court for an order (1) permitting Respondents to withdraw their Motion to Dismiss and to withdraw their request for a stay, *see* ECF 10; ECF 11 at 11-13, and (2) addressing related procedural matters, and state as follows:

1. An entry of default was entered on April 29, 2026. *See* ECF 9.

2. On May 21, 2026, Respondents filed a motion to dismiss for insufficient service. *See* ECF 10.

3. On May 21, 2026, Respondents moved to set aside the entry of default, *see* ECF 11; in the alternative, Respondents requested that the Court stay proceedings pending the outcome of Respondents' parallel motion to vacate the arbitration award in the United States District Court for the District of Columbia, *see id.* at 11-13.

4. The parties have since conferred and reached an agreement to streamline the proceedings.

5. Under that agreement, Respondents will withdraw their Motion to Dismiss,

1

Respondents will withdraw their request for a stay, and Petitioner will agree to vacate the entry of default.

6.      The parties agree that this resolution conserves judicial resources and eliminates the need for further motion practice on those issues.

7.      Good cause exists for the requested relief.

8.      This motion is made in good faith and not for purposes of delay.

9.      To the extent any briefing schedules, hearings, or deadlines are tied to the Motion to Dismiss or the entry of default, the parties request that those be vacated.

WHEREFORE, the parties respectfully move the Court for an order permitting Respondents to withdraw their Motion to Dismiss and to withdraw their request for a stay, as well as an order vacating the entry of default.

Dated: June 16, 2026                    Respectfully submitted,

                                        /s/ Robert K. Hur
                                        Robert K. Hur (D. Md. Bar No. 04761)
                                        Matthew D. McGill, *pro hac vice*
                                        Zoe M. Beiner, *pro hac vice*
                                        Ian Roberson, *pro hac vice*
                                        KING & SPALDING LLP
                                        1700 Pennsylvania Ave. NW, Suite 900
                                        Washington, D.C. 20006
                                        Tel: (202) 626-2627
                                        Fax: (202) 626-3737
                                        Email: rhur@kslaw.com
                                        Email: matthew.mcgill@kslaw.com
                                        Email: zbeiner@kslaw.com
                                        Email: iroberson@kslaw.com

                                        *Counsel for Respondents*

                                        /s/ Robert A. Braun
                                        Robert A. Braun (D. Md. Bar No. 22059)
                                        Cohen Milstein Sellers & Toll PLLC
                                        1100 New York Ave. NW, Suite 800
                                        Washington, D.C. 20005
                                        Tel: (202) 408-4600
                                        Fax: (202) 408-4699
                                        Email: rbraun@cohenmilstein.com

                                        *Counsel for Petitioner*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 16th day of June 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

Robert A. Braun (D. Md. Bar No. 22059)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Suite 800
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
Email: rbraun@cohenmilstein.com

*Counsel for Petitioner*

<u>/s/ Robert K. Hur</u>
Robert K. Hur

*Counsel for Respondents*