## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ELVIS J. RUSNAK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-01262-JRR |
| | ) | |
| JOSHUA M. AMBUSH, LLC, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Upon consideration of the Joint Motion to Withdraw Respondents' Motion to Dismiss and Request for Stay and for Related Relief, any opposition thereto, and the entire record in this matter, it is on this 17th day of June, 2026, hereby

**ORDERED**, that the parties' request that Respondents be permitted to withdraw their Motion to Dismiss is **GRANTED**;

**ORDERED**, that the parties' request that Respondents be permitted to withdraw their request for a stay is **GRANTED**; and

**ORDERED**, that the entry of default is **VACATED.**

**IT IS SO ORDERED.**

/s/
Hon. Julie R. Rubin
United States District Judge