**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| ELVIS J. RUSNAK, | ) | |
| | ) | |
| *Petitioner,* | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-01262-JRR |
| | ) | |
| JOSHUA M. AMBUSH, LLC, *et al.*, | ) | |
| | ) | |
| *Respondents.* | | |

**RESPONDENTS' OPPOSITION TO MOTION TO FILE UNDER SEAL**
**AND MEMORANDUM IN SUPPORT THEREOF**

Respondents Joshua M. Ambush, LLC and Joshua M. Ambush ("Ambush") do not object to Petitioner Elvis J. Rusnak's motion to seal redacted portions of his Motion to Confirm the Arbitration Award (ECF 14), the arbitration hearing transcripts (Exhibits 1-5, ECF 14-1, 14-2, 14-3, 14-4, and 14-5), Rusnak's application to the United States Victims of State Sponsored Terrorism Fund (Exhibit J35, ECF 14-9), and correspondence between Rusnak and Ambush (Exhibit J48, ECF 14-10). *See* ECF 16.

But Petitioner's request to file under seal Exhibit J49, ECF 14-11, should be denied. That exhibit is a letter (the "Letter") that Ambush wrote to the Special Master charged with administering the U.S. Victims of State Sponsored Terrorism Fund ("VSSTF" or "the Fund"), in which Ambush inquired as to whether the individuals he represented in *Schooley v. Islamic Republic of Iran*, including Rusnak, and in *Ackley v. Islamic Republic of Iran*, were eligible for lump-sum catch-up payments under the Fairness for 9/11 Families Act (the "Fairness Act"). The Letter is not covered by attorney-client privilege, which "protects only confidential communications occurring between the lawyer and his client." *Hawkins v. Stables*, 148 F.3d 379, 383-84 (4th Cir. 1998); *In re Marriott Int'l, Inc.*, 2021 WL 2222715, at *7 (D. Md. June 2, 2021) ("Attorney-client privilege applies only to communications made between clients and attorneys.").

Nor does the Letter contain confidential information such that sealing is appropriate—all of the material discussed therein is publicly available. Accordingly, the Court should deny the motion to file under seal as to J49, ECF 14-11.

Dated: July 15, 2026

Respectfully submitted,

*/s/ Robert K. Hur*

Robert K. Hur, D. Md. Bar No. 04761
Matthew D. McGill, *pro hac vice*
Zoe M. Beiner, *pro hac vice*
Ian Roberson, *pro hac vice*
KING & SPALDING LLP
1700 Pennsylvania Ave., NW, Suite 900
Washington, D.C. 20006
Tel: (202) 626-2627
Fax: (202) 626-3737
Email: rhur@kslaw.com
Email: matthew.mcgill@kslaw.com
Email: zbeiner@kslaw.com
Email: iroberson@kslaw.com

Allison Hill White, *pro hac vice* forthcoming
KING & SPALDING LLP
1180 Peachtree St., NE, Suite 1600
Atlanta, GA 30309
Tel: (404) 572-3584
Fax: (404) 572-5100
Email: awhite@kslaw.com

*Counsel for Respondents Joshua M. Ambush, LLC and Joshua M. Ambush*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which automatically sends notification to the following:

Robert A. Braun
D. Md. Bar No. 22059
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
rbraun@cohenmilstein.com

*Counsel for Petitioner*

Robert K. Hur, D. Md. Bar No. 04761
KING & SPALDING LLP
1700 Pennsylvania Ave., NW, Suite 900
Washington, D.C. 20006
Tel: (202) 626-2627
Fax: (202) 626-3737
Email: rhur@kslaw.com

*Counsel for Respondents Joshua M. Ambush, LLC and Joshua M. Ambush*