## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Elvis Rusnak                              *

**Plaintiff,**

                                          *

**v.**                                        **Case No.** 1:26-cv-01262-JRR

                                          *

Joshua M. Ambush, LLC, et al.

**Defendant.**                               *

### MOTION FOR ADMISSION PRO HAC VICE

I, Robert K. Hur , am a member in good standing of the bar of this

Court.   I am moving the admission of Allison Hill White

to appear pro hac vice in this case as counsel for Respondents .

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| See attached. | |
| | |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  0  time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.  Either the undersigned movant or _____ , is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.  **The $100.00 fee for admission pro hac vice accompanies this motion.**

9.  We hereby certify under penalties of perjury that the foregoing statements are true and correct.

10. The Movant has obtained approval from the Proposed Admittee to sign on their behalf.

MOVANT

*/s/ Robert K. Hur*
_____
Signature

Robert K. Hur (D. Md. Bar No. 04761)
_____
Printed name and bar number

King & Spalding LLP
_____
Office name

1700 Pennsylvania Avenue, NW Suite 900 Washington, DC 20006
_____
Address

(202) 383-8969
_____
Telephone number

(202) 626-3737
_____
Fax Number

rhur@kslaw.com
_____
Email Address

PROPOSED ADMITTEE

*/s/ Allison Hill White*     (signed by Robert K. Hur with permission of Allison Hill White)
_____
Signature

Allison Hill White
_____
Printed name

King & Spalding LLP
_____
Office name

1180 Peachtree Street, NE Suite 1600 Atlanta, GA 30309-3521
_____
Address

(404) 572-2440
_____
Telephone number

(404) 572-5100
_____
Fax Number

awhite@kslaw.com
_____
Email Address

## Application Attachment

## Allison Hill White's Court Admissions

State of Georgia (2014)

U.S. District Court for the Northern District of Georgia (2016)

U.S. District Court for the Southern District of Georgia (2019)

U.S. District Court for the District of Colorado (2022)

U.S. District Court for the Eastern District of Wisconsin (2022)

U.S. Court of Appeals for the Ninth Circuit (2022)

U.S. Court of Appeals for the Second Circuit (2023)

U.S. Court of Appeals for the Tenth Circuit (2024)

U.S. Court of Appeals for the Eleventh Circuit (2023)

U.S. Court of Appeals for the Seventh Circuit (2024)

U.S. Court of Appeals for the Fourth Circuit (2024)

U.S. Court of Appeals for the Third Circuit (2024)

U.S. Court of Appeals for the First Circuit (2025)