**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Elvis J. Rusnak | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Case No.** 1:26-cv-1262-JRR |
| Joshua M. Ambush, LLC, et al. | | |
| **Defendant.** | * | |

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

**Check one.**

☒ Exhibit J52 which is an attachment to Reply in Support of Motion to Confirm Arbitration Award

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐ ______________________________
(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by Email.

08/05/2026
Date

/s/ Robert A. Braun
Signature

Robert A. Braun (D. Md. Bar No. 22059)
Printed Name and Bar Number

Cohen Milstein Sellers & Toll LLP
1100 New York Ave NW, Suite 800
Washington, D.C. 20005
Address

rbraun@cohenmilstein.com
Email Address

(202) 408-4600
Telephone Number

(202) 408-4699
Fax Number