**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| EVIS J. RUSNAK,<br><br>Petitioner,<br><br>v.<br><br>JOSHUA M. AMBUSH, LLC and<br>JOSHUA M. AMBUSH<br><br>Respondents. | Civil Action No. 1:26-cv-01262-JRR |

**MOTION TO FILE ELVIS J. RUSNAK'S REPLY IN SUPPORT OF MOTION TO CONFIRM ARBITRATION AWARD AND ACCOMPANYING EXHIBIT J52 UNDER SEAL**

Pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 105.11, Petitioner Elvis J. Rusnak, through counsel, moves to file under seal non-redacted versions of Elvis J. Rusnak's Reply in Support of Motion to Confirm Arbitration Award and accompanying Exhibit J52 (ECF No. 39).

The redacted information reflects attorney-client privileged information. District courts have authority to seal court documents "if the public's right of access is outweighed by competing interests." *Ashcroft v. Conoco, Inc.*, 218 F.3d 288, 302 (4th Cir. 2000).

For the foregoing reasons, Petitioner respectfully requests that the Court grant their motion to file under seal the above-referenced submissions, and any further relief as deemed just and proper.

Dated: August 5, 2026

Respectfully submitted,

*/s/ Robert A. Braun*

Robert A. Braun (D. Md. Bar No. 22059)
Cohen Milstein Sellers & Toll LLP
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
rbraun@cohenmilstein.com

*Attorney for Petitioner Elvis J. Rusnak*