**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

ELVIS J. RUSNAK,

     Petitioner,

v.

JOSHUA M. AMBUSH, LLC, and
JOSHUA M. AMBUSH,

     Respondents,

Civil Action No. 26-cv-01262 (JRR)

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Callan Bruzzone of Cohen Milstein Sellers & Toll LLP,

1100 New York Ave NW, 8th Floor, Washington, D.C. 20005, hereby enters her appearance on

behalf of Petitioner Elvis J. Rusnak. Counsel is a member in good standing of the bar of this

Court and is admitted to practice in this Court.


Dated: August 13, 2026

Respectfully submitted,

*/s/ Callan Bruzzone*
Callan Bruzzone (D. Md. Bar No. 31147)
**COHEN MILSTEIN SELLERS & TOLL LLP**
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
CBruzzone@cohenmilstein.com

*Counsel for Petitioner Elvis J. Rusnak*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which automatically sends notifications to all counsel of record.

*/s/ Callan Bruzzone*
Callan Bruzzone

*Counsel for Petitioner Elvis J. Rusnak*