**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **ELVIS J. RUSNAK,**<br><br>***Petitioner*,**<br><br>**v.**<br><br>**JOSHUA M. AMBUSH, LLC, *et al.*,**<br><br>***Respondents*.** | **Civil No.: 1:26-cv-01262-JRR** |

**ORDER**

Pending before the court are Respondents' Motion to Seal the unredacted copy of their Opposition to Petitioner's Motion to Confirm Arbitration Award and Memorandum of Law in Support of Cross-Petition to Vacate at ECF No. 35 and Petitioner's Motion to Seal the unredacted copy of his Motion to Confirm Arbitration Award and the accompanying Exhibit J52 at ECF No. 41 (together, the "Motions"). The parties seek to seal the above-referenced materials because they contain attorney-client privileged information. The court has reviewed the materials sought to be sealed and is satisfied that they contain sufficiently sensitive and confidential information, and that no alternatives to sealing (beyond the redaction that has already been provided) would sufficiently protect the information from disclosure. Local Rule 105.11 (D. Md. 2025). Accordingly, it is this 31st day of August 2026,

**ORDERED** that the Motions (ECF No. 35, 41) shall be, and are hereby, **GRANTED**; and further it is

**ORDERED** that filings at ECF Nos. 34 and 40 shall be **SEALED**.

/s/______________________________
Julie R. Rubin
United States District Judge